**FREEDOM NY, INC., Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense, Appellee.**

No. 05–1500.

United States Court of Appeals, Federal Circuit.

May 5, 2006.

Before SCHALL, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

### Judgment

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**Jerome CANADY and Argon Electro–Surgical Corporation, Plaintiffs–Appellants,**

v.

**ERBE ELEKTROMEDIZIN GMBH and Erbe U.S.A., Defendants–Appellees.**

No. 05–1568.

United States Court of Appeals, Federal Circuit.

May 5, 2006.

Before LOURIE, SCHALL, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.